ARTHUR L. DAVIS, Respondent, *v.* PALMIRA DAVIS, Appellant.

Argued October 21, 1938; decided November 29, 1938.

*Harry L. Sitomer* for appellant.

*John F. Middlemiss* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.